IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| | § | CASE NUMBER 6:12-CR-0079-RC |
| v. | § | |
| | § | |
| | § | |
| ANDREW MARK HARRIS | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Andrew Mark Harris be committed to the custody of the Bureau of Prisons for a term of imprisonment of 12 months and one day with no supervised release to follow and credit for time served from September 27, 2016. The Court **RECOMMENDS** drug treatment and that the place of confinement be Texarkana, Texas in order to facilitate family visitation.

**So ORDERED and SIGNED this 31st day of March, 2017.**

_____
Ron Clark, United States District Judge